B. F. Boyer Company, Respondent, v. Isaac Shaffer, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

The Brooklyn Union Elevated Railroad Company, Respondent, v. The City of New York, Appellant.— Judgment and orders affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Max Cohen, Appellant, v. Rebecca Behr and Samuel B. Behr, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John H. Donnelly, Appellant, v. Myer Hellman, Respondent.— We decline to consider this appeal for the reasons, *first*, it does not contain all the evidence given upon the trial, as required by section 317 of the Municipal Court Act*; *second*, no case has been settled, as required by section 318; *third*, the return does not have indorsed thereon the allowance of the justice before whom the action was tried, as required by sections 317 and 318. Appeal dismissed, with costs. Hirschberg, P. J., Gaynor, Rich and Miller, JJ., concurred; Hooker, J., concurred in result.

Anthony J. Dooher, Respondent, v. John T. Barry, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

August H. Gutkes, Appellant, v. The New York Produce Exchange, Defendant, Impleaded with Nelson Morris and Others, Respondents,— Interlocutory judgment affirmed, with costs, upon the opinion of Mr. Justice Gaynor at Special Term. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred, (reported in 46 Misc. Rep. 133).

William H. Higgins, Respondent, v. Reginald De Merritt Wentworth, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor and Rich, JJ., concurred; Jenks, J., not voting.

In the Matter of the Application of David Abrams, Jr., Appellant, for the Appointment of a Committee of the Person and Property of David Abrams, Sr., an Alleged Incompetent Person, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Charles A. Janin, Respondent, v. Nathan Jacobson, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the grounds that the plaintiff acted in the interest of the purchaser instead of in the sole interest of the defendant, and that the purchaser never made a written agreement of purchase, but refused to do so on the terms proposed by the defendant. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

William E. Kranz, as Administrator, etc., of Henry Kranz, Deceased, Respondent, v. Sollie Lewis, Appellant.—Interlocutory judgment affirmed by default, with costs. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Edward McAuley, Appellant, v. New York and Queens County Railway Company, Respondent.—Judgment affirmed, with costs.—No opinion. Woodward, Jenks and Rich, JJ., concurred; Hooker, J., dissented.

The People of the State of New York ex rel. William H. Fielding, Relator, v. Francis V. Greene, as Police Commissioner of the City of New York, Respondent. — Determination confirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Verene Trott, as Executrix, etc., of William Trott, Deceased, Appellant, v. Valentin Schmitt, Respondent.— Judgment reversed on argument, and new trial granted, costs to abide the event, on the ground that the complaint sufficiently states a cause of action for money loaned. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Joseph G. Wilson and William H. Griffin, Respondents, v. Harry Raymond, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Gaynor, JJ., concurred; Rich, J., dissented.

Axel Young, Respondent, v. George C. Tilyou and Frederick Ingersoll, Sued as John Doe, Appellants, Impleaded with Susan A. Van Bergen and Others, Defendants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred.

---

* Laws of 1902, chap. 580.— REP.